**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Elijah James Tesnow**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–6815**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Christina Karen Tesnow**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2508**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Virginia** | | Date case filed for chapter **7**  **9/24/19** |
| Case number: **19–13165–KHK** | | |

---

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Elijah James Tesnow | Christina Karen Tesnow |
| 2. | **All other names used in the last 8 years** | | fka Christina Karen Phillips |
| 3. | **Address** | 11754 Gascony Place<br>Woodbridge, VA 22192 | 16604 Chalice Court<br>Dumfries, VA 22025 |
| 4. | **Debtor's attorney**<br>Name and address | Michael Jacob Owen Sandler<br>Fisher–Sandler, LLC<br>12801 Darby Brooke Court<br>Suite 201<br>Woodbridge, VA 22192 | Contact phone (703) 967–3315<br>Email: sandlerlaw@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald F. King<br>1775 Wiehle Avenue, Suite 400<br>Reston, VA 20190 | Contact phone (703) 218–2100<br>Email:  Kingtrustee@ofplaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. **McVCIS 24–hour case information:** Toll Free 1–866–222–8029 | 200 South Washington Street Alexandria, VA 22314 Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. Contact phone 703–258–1200 | **For the Court:** Clerk of the Bankruptcy Court: William C. Redden Date: September 25, 2019 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 31, 2019 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **1725 Duke Street, Suite 520, Alexandria, VA 22314** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: December 30, 2019** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                             Case No. 19-13165-KHK
Elijah James Tesnow                                                Chapter 7
Christina Karen Tesnow
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0422-9          User: douglasse              Page 1 of 2              Date Rcvd: Sep 25, 2019
                              Form ID: 309A                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db             +Elijah James Tesnow,    11754 Gascony Place,    Woodbridge, VA 22192-7401
jdb            +Christina Karen Tesnow,    16604 Chalice Court,    Dumfries, VA 22025-3143
15035909       +AT&T,    P.O. Box 183058,    Columbus, OH 43218-3058
15035910       +Atlantic Broadband,    PO Box 371801,    Pittsburgh, PA 15250-7801
15035915       +CitiBank, N.A.,   PO Box 790048,    Saint Louis, MO 63179-0048
15035916       +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,   Riverside, RI 02915-3035
15035921       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
15035923       +Jocelyn D. Trent MD,    2296 Opitz Blvd #403,    Woodbridge, VA 22191-3347
15035924       +Kaiser Permanente,    P.O. Box 64538,    Baltimore, MD 21264-0001
15035925       +Lendmark Financial,    Attn: Bankruptcy,    1735 N Brown Rd, Ste 300,
                 Lawrenceville, GA 30043-8228
15035926       +Midland Credit Management,    350 Camino De La Reina,    Suite 100,   San Diego, CA 92108-3007
15035927       +Midland Credit Management, Inc,    P.O. Box 301030,    Los Angeles, CA 90030-1030
15035928       +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15035930       +Nova Cardiovascular Care,    P.O. Box 9943,    Mc Lean, VA 22102-0943
15035932       +OSLA/Dept of Ed,    Attn: Bankruptcy,    Po Box 18475,   Oklahoma City, OK 73154-0475
15035931       +Old Republic Home Protection,    Two Annabel Lane,    #112,   San Ramon, CA 94583-4357
15035934       +Progressive,    PO Box 94561,    Cleveland, OH 44101-4561
15035935       +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
15035941       +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sandlerlaw@yahoo.com Sep 26 2019 03:47:37      Michael Jacob Owen Sandler,
                 Fisher-Sandler, LLC,    12801 Darby Brooke Court,    Suite 201,   Woodbridge, VA 22192
tr             +EDI: BDFKING Sep 26 2019 07:33:00      Donald F. King,    1775 Wiehle Avenue, Suite 400,
                 Reston, VA 20190-5159
15035908       +EDI: GMACFS.COM Sep 26 2019 07:33:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,   Bloomington, MN 55438-0901
15035911        E-mail/Text: bankruptcy@atlanticunionbank.com Sep 26 2019 03:51:50       Atlantic Union Bank,
                 Recovery Division,    PO Box 940,   Ruther Glen, VA 22546-0940
15035913        E-mail/Text: bankruptcy@bbandt.com Sep 26 2019 03:51:30       BB&T,   P.O. Box 1847,
                 Wilson, NC 27894-0000
15035912       +EDI: TSYS2.COM Sep 26 2019 07:33:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
15035918        E-mail/Text: customercareus@creditcorpsolutionsinc.com Sep 26 2019 03:47:47
                 Credit Corp Solutions INC,    63 East 11400 South 408,   Sandy, UT 84070-0000
15035914       +EDI: CAPITALONE.COM Sep 26 2019 07:33:00      Capital One/Helzberg,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
15035917       +EDI: WFNNB.COM Sep 26 2019 07:33:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
15035919       +EDI: RCSFNBMARIN.COM Sep 26 2019 07:33:00      Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
15035919        E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2019 03:53:30        Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
15035920        E-mail/Text: legal@delta.org Sep 26 2019 03:52:03      Delta Dental of Pennsylvania,
                 One Delta Drive,    Mechanicsburg, PA 17055-6999
15035922        E-mail/Text: bknotice@ercbpo.com Sep 26 2019 03:51:52       ERC,   PO Box 23870,
                 Jacksonville, FL 32241-3870
15035929       +EDI: NFCU.COM Sep 26 2019 07:33:00      Navy FCU,    Attn: Bankruptcy Dept,   Po Box 3000,
                 Merrifield, VA 22119-3000
15035933       +EDI: RMSC.COM Sep 26 2019 07:33:00      PayPal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
15035936        E-mail/Text: pba_legal@duvasawko.com Sep 26 2019 03:52:19       Shenadoah Emerg Med Specia,
                 PO Box 11107,    Daytona Beach, FL 32120-1107
15035937       +EDI: RMSC.COM Sep 26 2019 07:33:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
15035938       +EDI: RMSC.COM Sep 26 2019 07:33:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
15035939       +EDI: WTRRNBANK.COM Sep 26 2019 07:33:00      Target,    Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
15035940        E-mail/Text: bankruptcydepartment@tsico.com Sep 26 2019 03:52:20        Transworld Systems Inc,
                 Collection Agency,    500 Virginia Drive, Suite 514,   Fort Washington, PA 19034-2707
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0422-9           User: douglasse              Page 2 of 2                  Date Rcvd: Sep 25, 2019
                               Form ID: 309A                Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Donald F. King    Kingtrustee@ofplaw.com, va50@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Michael Jacob Owen Sandler    on behalf of Joint Debtor Christina Karen Tesnow
               sandlerlaw@yahoo.com,  ignmjosandler@gmail.com;r61770@notify.bestcase.com
              Michael Jacob Owen Sandler    on behalf of Debtor Elijah James Tesnow sandlerlaw@yahoo.com,
               ignmjosandler@gmail.com;r61770@notify.bestcase.com
                                                                                          TOTAL: 4
```